UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH DOMINGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER VARNELL, et al.,<br><br>Defendants. | Case No. 18-cv-02580-JD<br><br>**ORDER DENYING MOTION TO APPOINT COUNSEL**<br><br>Re: Dkt. Nos. 13, 15 |

Plaintiff, a detainee, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. The complaint was dismissed with leave to amend, but the order was returned to the Court as undeliverable. Plaintiff has now filed a motion to appoint counsel, but it is not clear if he has received the Court's prior screening order.

Plaintiff's request for appointment of counsel is denied. Counsel may be appointed in "exceptional circumstances" after a showing of a likelihood of success on the merits, and an assessment of the plaintiff's ability to articulate his claims pro se in light of the complexity of the legal issues. *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991). Plaintiff appears able to present his claims adequately, and the issues are not complex.

For the foregoing reasons:

1. Plaintiff's motion to appoint counsel and motion for trial (Docket Nos. 13, 15) are **DENIED**.

2. The Clerk shall **UPDATE** plaintiff's address of record to Martinez Detention Facility, 901 Ward St., Martinez, CA 94553.

3. The Clerk shall **SEND** plaintiff a copy of the screening order (Docket No. 10).

4. Plaintiff must file an amended complaint as described in the screening order within **28**

**days** of service of this order.  Failure to file an amended complaint may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated:  September 20, 2018

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIJAH DOMINGUEZ,

    Plaintiff,

v.

CHRISTOPHER VARNELL, et al.,

    Defendants.

Case No. 18-cv-02580-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elijah Dominguez
Napa State Hospital
2100 Napa-Vallejo Highway
Napa, CA 94553

Dated: September 20, 2018

                                          Susan Y. Soong
                                          Clerk, United States District Court

                                          By: *[signature]*
                                          LISA R. CLARK, Deputy Clerk to the
                                          Honorable JAMES DONATO