UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH DOMINGUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER VARNELL, et al.,<br><br>    Defendants. | Case No. 18-cv-02580-JD<br><br>**JUDGMENT** |

Pursuant to the order of dismissal signed today, this case is dismissed for failure to state a claim.

**IT IS SO ORDERED.**

Dated: November 8, 2018

　
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIJAH DOMINGUEZ,

    Plaintiff,

v.

CHRISTOPHER VARNELL, et al.,

    Defendants.

Case No. 18-cv-02580-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 8, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elijah Dominguez
Martinez Detention Facility
901 Ward Street
Martinez, CA 94553

Dated: November 8, 2018

Susan Y. Soong
Clerk, United States District Court

By: _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2